NICK REID v. CHARLES EDWARD ARNOLD ET UX.
AND ROSIE E. MACKALL

[No. 93, September Term, 1982.]

*Decided October 13, 1982.*

The cause was submitted to MURPHY, C. J., and SMITH, ELDRIDGE, COLE, DAVIDSON, RODOWSKY and COUCH, JJ.

*PER CURIAM ORDER*

It is this 13th day of October, 1982

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals dismissing the appeal be, and it is hereby, vacated and the case is remanded to that Court for reconsideration in light of the provisions of Md. Code 1974, 1980 Repl. Vol. § 12-303 (a) and (c) (5) of the Courts and Judicial Proceedings Article, authorizing appeals from certain interlocutory orders.